# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158240(95)

SUSAN BISIO,
   Plaintiff-Appellant,

v

THE CITY OF THE VILLAGE OF
CLARKSTON,
   Defendant-Appellee.
_____/

SC: 158240
COA: 335422
Oakland CC: 2015-150462-CZ

On order of the Chief Justice, the motion of plaintiff-appellant to file a response to the joint answer of amici Michigan Municipal League, Michigan Townships Association, and Michigan Association of Municipal Attorneys to the motion for rehearing is GRANTED. The response submitted on August 31, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2020



Clerk